UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-252-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LOUIS MCDADE, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's pro se "Motion to Correct Sentence" [DE-88] challenging the validity of his sentence. The proper method for challenging the legality of his sentence is to file a motion pursuant to 28 U.S.C. § 2255. The court therefore DENIES the defendant's letter motion [DE-88]. The Clerk of Court is DIRECTED to mail the defendant a copy of the § 2255 motion to the return address listed on the envelope and the Defendant may renew the challenges to his sentence in the § 2255 motion. The Defendant should return the completed § 2255 petition to

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, NC 27611

SO ORDERED.

This the 21 day of August, 2013.

JAMES C. FOX
Senior United States District Judge