IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-252-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LOUIS MCDADE | ) | |

This matter is before the court on a letter of November 9, 2015 [DE-100], which the court construes as a request for the defendant's presentence report. For good cause shown, the motion is ALLOWED. The United States Probation Office is DIRECTED to send a copy of McDade's sealed Presentence Report to his prospective Clemency Project attorney, James E. Felman. An address is provided in the letter motion [DE-100].

SO ORDERED.

This, the 16 day of November, 2015.

JAMES C. FOX
Senior United States District Judge